Marc Voisenat (CSB# 170935)
2329A Eagle Avenue
Alameda, Ca. 94501
Tel: (510) 263-8664
Fax: (510) 272-9158

Attorney for Debtor-in-Possession
Mohammad Haimed Yousufzai

# United States Bankruptcy Court

# Northern District of California

| | |
|---|---|
| In re: | Case No.: 19-42842 RLE |
| Mohammad Haimed Yousufzai | Chapter 11 |
| Debtor-in-Possession | **NOTICE OF HEARING FOR APPROVAL OF PROPOSED DISCLOSURE STATEMENT DATED FEBRUARY 28, 2019** |
| | Date: April 28, 2020<br>Time: 1:30 p.m.<br>Crtrm: 201 |

**TO ALL PARTIES IN INTEREST, PLEASE TAKE NOTICE THAT:**

A Proposed Disclosure Statement to The Plan of Reorganization under Chapter 11 of the Bankruptcy Code was filed on February 28, 2020 by the above debtor.

A hearing to consider the approval of the disclosure statement shall be held at 1:30 p.m., on April 28, 2020 at 1300 Clay Street, Courtroom 201, Oakland, California, 94612 before the Honorable Roger L. Efremsky.

The Proposed Disclosure Statement is on file with the Bankruptcy clerk and may be viewed during regular business hours at the Clerk's office located at 1300 Clay Street, Third Floor, Oakland, California. 94612.

| | |
|---|---|
| 1 | **NOTICE IS FURTHER GIVEN** that requests for copies of the Proposed Disclosure |
| 2 | Statement should be directed to: |
| 3 | Marc Voisenat, Esq. |
| | 2329A Eagle Avenue |
| 4 | Alameda, Ca. 94501 |
| 5 | |
| 6 | Any objection to the Disclosure Statement may be filed by any party in interest, pursuant |
| 7 | to Bankruptcy Rule 3017(a).  Local Rule 3017-1(a) requires objections to the Disclosure |
| 8 | Statement be filed and served no later than seven (7) days before the hearing date. |
| 9 | Dated: February 29, 2020 |
| 10 | /s/ Marc Voisenat |
| 11 | Marc Voisenat Attorney for Debtor-In-Possession |